## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00971-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CARL R. MARBURGER,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Carl R. Marburger, currently resides in Denver, Colorado.  Mr. Marburger has submitted a Complaint and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Marburger will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Marburger files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   ___   is not submitted
(2)   xx   is not on proper form (must use the Court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   xx   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   ___   other:

**Complaint or Petition**:
(9)  __   is not submitted
(10) xx   is not on proper form (must use the Court's current form)
(11) __   is missing an original signature by Plaintiff
(12) __   is incomplete
(13) __   uses et al. instead of listing all parties in caption
(14) __   names in caption do not match names in text
(15) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __   other:

Accordingly, it is

ORDERED that Mr. Marburger cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Marburger files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Marburger shall obtain the Court-approved forms used in filing a 28 U.S.C. § 1915 motion and affidavit and a complaint, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Marburger fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 8, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge