IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00971-KLM

CARL RAY MARBURGER,

    Plaintiff,

v.

EDGER ALLEN NEWFELD, former doctor, state primary provider for clinical services for the state of Colorado,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Deliver USM -285 in Case 14-cv-00971 as Granted by Informa Papuris [sic] by the US Marshall [sic] Service** [#16][1] (the "Motion"). In the Motion Plaintiff requests "to deliver to defendants . . . a services [sic] of summons and original complaint upon the form USM-285" and "free service upon request as requirement of the IFP process within the 10th district of the United States." *Motion* [#16] at 1. The Court interprets this to be a request for the Court to order the United States Marshals Service to serve Defendant with the Amended Complaint [#14], as modified by the Court's Order to Dismiss in Part and to Draw Case [#17], and the Summons. On July 11, 2014, the Clerk of the Court filed a Certificate of Service [#22] attaching Form USM-285 and stating that the United States Marshals Service was provided with the Form USM-285, the Amended Complaint, the Order to Dismiss in Part and to Draw Case, the Summons, and the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges with the attached Consent Form. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#16] is **DENIED as moot**.

    Dated: July 15, 2014

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.